**Order issued April 19, 2016 Withdrawn; Order filed April 20, 2016**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-16-00160-CV

_____

**OLUWAFUNMI ADEDUNYE-IKHIMOKPA, INDIVIDUALLY AND AS NEXT FRIEND OF BLESSING IKHIMOKPA, A MINOR, ALEXANDER A. IKHIMOKPA, DALONDA IKHIMOKPA, MARYANN IKHIMOKPA AND DYLAN IKHIMOKPA, Appellants**

**V.**

**METHODIST HOSPITAL WEST HOUSTON FORMALLY KNOWN AS METHODIST HEALTH CENTERS, Appellees**

---

**On Appeal from the 125th District Court**
**Harris County, Texas**
**Trial Court Cause No. 2015-29850**

---

## ORDER

On April 19, 2016, this court issued and order requiring appellant's brief to be filed on or before May 9, 2016 because the court reporter had informed this court that appellant had not made payment arrangements for the reporter's record. On the same day the court reporter notified this court that appellant paid for the reporter's

record and requested an extension of time to file the record.

Accordingly, we withdraw our order of April 19, 2016. The reporter's record is due on or before May 19, 2016.

PER CURIAM